[No. 37323-4-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
J.L.F., *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 94-8-00163-5, Alan R. Hancock, J., entered
November 3, 1995. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 37536-9-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
R. GLEASON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03301-2, Patricia H. Aitken, J., entered
September 18, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37561-0-I.    Division One.    May 5, 1997.]

HUTTON & BUCKNELL, INC., P.S., ET AL., *Appellants*,
v. THOMAS N. BUCKNELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-09531-5, R. Joseph Wesley, J., entered
October 25, 1995. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Becker and Cox, JJ.

[No. 37743-4-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
J.S., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-05204-7, Liem E. Tuai, J., entered
October 31, 1995. *Affirmed* by unpublished per curiam
opinion.